IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

SADIE LYONS, a minor by her natural
Mother and next friend, JANE LYONS, and
JANE LYONS, individually, and BARRY
LYONS, individually,        No. 3:09cv0168-CRW-CFB

    Plaintiffs,

vs.

                                        SPECIAL VERDICT FORM

DOREL JUVENILE GROUP, INC.,
a corporation,

    Defendant.

We, the jury, unanimously return the following verdicts on the questions submitted to us:

**Question No. 1:**

Was Dorel Juvenile Group at fault?

Answer "yes" or "no".

ANSWER: _____   ____No____
                  YES                       NO

[If your answer is "no," do not answer Question No. 2.]

**Question No. 2:**

Was the fault of Dorel Juvenile Group a cause of injuries to Sadie Lyons?

Answer "yes" or "no."

ANSWER: _____   _____
                  YES                       NO

[If your answer to either Question No. 1 or No. 2 is "no," then you shall not assign any fault to Dorel Juvenile Group and you will answer no more questions. If your answers to Question Nos. 1 and 2 are "yes," continue answering questions.]

### Question No. 3:

In deciding whether the claimed harm to plaintiffs is within the scope of Dorel Juvenile Group's liability for fault, did the harm to plaintiffs arise from the same general types of danger that Dorel should have taken reasonable steps to avoid?

Answer "yes" or "no."

ANSWER: _____   _____
                YES                    NO

[If your answer is "no", answer no more questions. If your answer to Question No. 3 is "yes", continue answering questions.]

### Question No. 4:

Was Jane Lyons at fault?

Answer "yes" or "no."

ANSWER: _____   _____
                YES                    NO

[If your answer is "no," do not answer Question No. 5.]

### Question No. 5:

Was the fault of Jane Lyons a cause of her injuries?

Answer "yes" or "no."

ANSWER: _____   _____
                YES                    NO

[If your answer to either Question No. 3 or No. 4 is "no," then you shall not assign any fault to Jane Lyons.]

**Question No. 6:**

What percentage of the total fault do you attribute to Dorel Juvenile Group and/or what percentage of total fault do you attribute to Jane Lyons? The percentages must total 100%. [If you previously found that Jane Lyons was not at fault, or did not cause damage to Sadie, or Jane, or Barry Lyons, enter "0" after her name.]

Answer "yes" or "no."

ANSWER:    Dorel Juvenile Group        _____ %

           Jane Lyons                  _____ %

           TOTAL                       ____100_____ %


**Question No. 7:**

State the amount of damages sustained by the plaintiff, Sadie Lyons, as to each of the following items of damage. [Do not take into consideration any reduction of damages due to your allocation of fault (if any) in Question No. 6. If the plaintiff Sadie Lyons has failed to prove any item of damage, enter "0" for that item.]

ANSWER:

a.   Past medical expenses                        $ _____

b.   Present value of future medical expenses     $ _____

c.   Past loss of function of body                $ _____

d.   Present value of future loss of body         $ _____

e.   Past pain and suffering                      $ _____

f.   Present value of future pain and suffering   $ _____

     Total (add separate items of damage)         $ _____

**Question No. 8:**

State the amount of damages sustained by the plaintiff, Jane Lyons, as to each of the following items of damage. [Do not take into consideration any reduction of damages due to your allocation of fault (if any) in Question No. 6. If the plaintiff Jane Lyons has failed to prove any item of damage, enter "0" for that item.]

ANSWER:

| | | |
|---|---|---|
| a. | Past medical expenses | $ _____ |
| b. | Present value of future medical expenses | $ _____ |
| c. | Past loss of function of body | $ _____ |
| d. | Present value of future loss of body | $ _____ |
| e. | Past pain and suffering | $ _____ |
| f. | Present value of future pain and suffering | $ _____ |
| | Total (add separate items of damage) | $ _____ |

**Question No. 9:**

State the amount of damages sustained by the plaintiff, Barry Lyons, as to each of the following items of damage. [Do not take into consideration any reduction of damages due to your allocation of fault (if any) in Question No. 6. If the plaintiff Barry Lyons has failed to prove any item of damage, enter "0" for that item.]

ANSWER:

| | | |
|---|---|---|
| a. | Past loss of parental consortium | $ _____ |
| b. | Present value of future loss of parental consortium | $ _____ |
| | Total (add separate items of damage) | $ _____ |

DATED June __15__, 2011.

_____
Jury Foreperson